UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>          Plaintiff,<br><br>   v.<br><br>J. BEASLY, et al.,<br><br>          Defendants. | No. 2:17-cv-0948 GEB CKD P<br><br><br><br>ORDER |

On April 18, 2018, plaintiff filed a motion requesting that defendants Beasley and Rocke be compelled to respond to certain discovery requests. Defendants Beasley and Rocke filed an opposition to the motion presenting proof that they did respond to the discovery requests at issue. Plaintiff has not filed a reply to the opposition, but has filed a second motion to compel in which he now asks that the court order defendants Beasley and Rocke to file further responses to particular requests. Good cause appearing, the court will deny plaintiff's original motion to compel and direct defendants Beasley and Rocke to respond to the second.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2018 motion to compel (ECF No. 20) is denied.

2. Defendants Beasley and Rocke shall file their response to plaintiff's May 2, 2018 motion to compel within 14 days. Plaintiff may file a reply within 14 days of service of the response.

Dated: May 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
clem0948.mtc